IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. JULIA FLORES, and JOSEPH PETTIGREW, and<br><br>STATE OF TEXAS<br>ex rel. JULIA FLORES, and JOSEPH PETTIGREW,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNITY HOSPITAL CORPORATION, INC., COMMUNITY HOSPITAL CONSULTING, INC., and NACOGDOCHES COUNTY HOSPITAL DISTRICT, d/b/a NACOGDOCHES MEMORIAL HOSPITAL,<br><br>    Defendants. | Case No. 6:18-CV-565-JDK<br><br>**FILED UNDER SEAL**<br>**(Pursuant to 31 U.S.C. § 3730(b))** |

## ORDER

The United States and the State of Texas (collectively, the "Government") having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS ORDERED** that:

1. Relators' current complaint be unsealed and served upon Defendants by Relators;

2. Except for this Order and the Government's Notice of Election to Decline Intervention, which Relators will serve upon Defendants only after service of Relators' complaint, all other contents of the Court's file in this action remain under seal and not be made public or served upon Defendants;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Government, as provided for in 31 U.S.C. § 3730(c)(3). The Government may order any deposition transcripts and is entitled to intervene in this action upon a showing of good cause;

5. The parties shall serve all notices of appeal upon the Government;

6. All orders of this Court shall be sent to the Government; and that

7. Should Relators or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

So **ORDERED** and **SIGNED** this **29th** day of **December, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE